THOMAS P. QUINN, Jr. Bar No. 132268
NOKES & QUINN, APC
410 Broadway, Suite 200
Laguna Beach, California 92651
Tel: (949) 376-3500
Fax: (949) 376-3070

E-FILED 5/28/14

JS-6

Attorneys for Defendant EQUIFAX INFORMATION SERVICES LLC

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBYN BAHLINGER, an Individual;<br><br>　　　Plaintiff,<br><br>　　vs.<br><br>JP MORGAN CHASE BANK, a business Entity, form unknown; TRANS UNION, LLC, is a business entity, form unknown; EQUIFAX INFORMATION SERVICES LLC, is a business entity, form unknown; EXPERIAN INFORMATION SOLUTIONS, INC., is a business entity, and DOES 1-10, Inclusive,<br><br>　　　Defendants. | Case No.: 2:13-cv-05843-PSG-PLA<br><br>Hon. Philip S. Gutierrez<br><br>**ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT EQUIFAX INFORMATION SERVICES LLC** |

## ORDER OF DISMISSAL

The Court having received the parties Stipulation for Dismissal with Prejudice as to Equifax Information Services LLC, and being otherwise fully advised in the premises,

- 4 –

STIPULATION OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT EQUIFAX INFORMATION SERVICES LLC

1   IT IS HEREBY ORDERED that Defendant Equifax Information Services
2   LLC is dismissed with prejudice from this action.
3
4   This __28TH__ day of __MAY_____, 2014.
5
6
7               PHILIP S. GUTIERREZ
                _____
8               Judge, UNITED STATES DISTRICT COURT
9
10
...
28

NOKES & QUINN
410 Broadway
Suite 200
Laguna Beach, CA 92651
(949) 376-3500

- 5 –

**STIPULATION OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT EQUIFAX INFORMATION SERVICES LLC**